# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 12-1697
_____


IN RE: GRAND JURY


JOHN DOE1; JOHN DOE 2; ABC CORPORATION,

 Appellants
_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(D.C. Grand Jury Action No. 2-09-gj-00006)
District Judge:  Honorable Harvey Bartle, III
_____


Present:      AMBRO, HARDIMAN, and VANASKIE, <u>Circuit Judges</u>



                                    Respectfully,

                                    Clerk/tmk

_____ **O R D E R** _____

The Precedential Opinion filed May 24, 2012, is hereby VACATED.  Having granted panel rehearing on July 19, 2012, this matter was reconsidered and consolidated for new disposition.  That Precedential Opinion will be filed forthwith.



                         By the Court,

                         <u>/s/ Thomas L. Ambro</u>
                         Circuit Judge

Dated:   December 11, 2012
tmk/cc:
Frank P. Cihlar, Esq.
Gregory V. Davis, Esq.

Samuel R. Lyons, Esq.
Alexander P. Robbins, Esq.
Stephen R. LaCheen, Esq.
Ian M. Comisky, Esq.
Matthew D. Lee, Esq.